UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 3:10-00464-JFA |
|---|---|---|
| v. | ) | |
| AUSTELLIA DIXON | ) | ORDER |

And now, this 7th day of May, 2012, the within Motion is granted, and it is hereby ordered and decreed that Indictment Number 3:10-0464 against the defendant, **AUSTELLIA L. DIXON**, be and the same is hereby dismissed without prejudice.

IT IS SO ORDERED.

May 7, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge